Form B18 (Official Form 18)(12/03)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

Case No. 03–12804
Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Michael Eugene Locklier
   17327 AL Highway 55 S
   Andalusia, AL 36420

Social Security No.:
   xxx–xx–2413

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 4/6/04

Dwight H. Williams Jr.
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 1127-1          User: rwalker              Page 1 of 1             Date Rcvd: Apr 06, 2004
Case: 03-12804                Form ID: B18               Total Served: 23
```

```
The following entities were served by first class mail on Apr 08, 2004.
db         Michael Eugene Locklier,   17327 AL Highway 55 S,    Andalusia, AL  36420
aty        Allen G. Woodard,   Woodard, Patel & Sledge,   1213 East Three Notch Street,   Andalusia, AL  36420
tr         William C. Carn, III,    Lee & McInish, P.C.,   P.O. Box 1665,   Dothan, AL  36302
ust        Teresa R. Jacobs, BA,    U. S. Bankruptcy Administrator,    One Church Street,   Montgomery, AL  36104
cr         SouthTrust Bank,   MPL Bankruptcy,   PO Box 2465,    Birmingham, AL  35201
845459     ALLEN G. WOODARD,   1213 EAST THREE NOTCH STREET,    ANDALUSIA, AL  36420
845460     AMERICAN EXPRESS,    P.O. BOX 360002,    FORT LAUDERDALE, FL  33336-0002
845463     CITI CARDS,    P.O. BOX 6414,    THE LAKES, NV  88901-6414
865750     Dept. of Industrial Relations,    State of Alabama,   Montgomery, AL  36130
865749     Dept. of Revenue,   State of Alabama,    201 Admnistrative Bldg.,    Montgomery, AL  36130
865751     I.R.S.,    Spec. Proc. Branch, Stop 31,    600 Maestri Place,    New Orleans, LA  70130
845464     MBNA AMERICA,    P.O. BOX 15137,    WILMINGTON, DE  19886-5137
845458     MICHAEL EUGENE LOCKLIER,    17327 AL HIGHWAY 55 SOUTH,    ANDALUSIA, AL  36420
845465     PRINCIPAL RESIDENTIAL MORTGAGE,    P.O. BOX 711,    DES MOINES, IA  50303-0711
845466     SOUTHTRUST BANK,    101 WEST BYPASS,    ANDALUSIA, AL  36420
845467     SOUTHTRUST BANKCARD,    P.O. BOX 830708,    BIRMINGHAM, AL  35283-0708
880989     SouthTrust BankCard,    P. O. Box 122,    Birmingham, Al 35201`
865752     Teresa Jacobs,    Bankruptcy Administrator,    One Church St., Fifth Floor,    Montgomery, AL  36104
865748     U. S. Attorney's Office,    P. O. Box 197,    Montgomery, AL  36102

The following entities were served by electronic transmission on Apr 06, 2004 and receipt of the transmission
was confirmed on:
901216     EDI: BECKLEE.COM Apr 06 2004 23:54:00      American Express Centurion Bank,
           Becket and Lee LLP, Attorneys/Agent,    P.O. Box 3001,    Malvern, PA 19355-0701
887434     EDI: BECKLEE.COM Apr 06 2004 23:54:00      American Express Centurion Bank,   c/o Becket and Lee, LLP,
           P.O. Box 3001,    Malvern, PA 19355-0701
845461     EDI: FIRSTUSA.COM Apr 06 2004 23:55:00     BANK ONE,    P.O. BOX 8650,    WILMINGTON, DE  19899-4014
845462     EDI: CAPITALONE.COM Apr 06 2004 23:54:00   CAPITAL ONE,    P.O. BOX 85147,    RICHMOND, VA  23276
                                                                                                      TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2004**          **Signature:**  *Joseph Speetjens*